**EJ-001**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*

Recording requested by and return to:  SBN 124607
Muriel B. Kaplan
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900        (415) 882-9287

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

FOR RECORDER'S USE ONLY

PLAINTIFF: District Council 16 Northern California Health & Welfare Trust Funds, et al.
DEFENDANT: NC Flooring Group, Inc.

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**   [X] Amended

CASE NUMBER: C11-1952 PJH

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌ NC Flooring Group, Inc.
        30538 Union City Blvd.
        Union City, CA 94587                              ┐
      └                                                   ┘
   b. Driver's license No. [last 4 digits] and state: N/A    [ ] Unknown
   c. Social security No. [last 4 digits]: N/A              [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* Nelson Tayco Cruz
      30538 Union City Blvd., Union City, CA 94587

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):* District Council 16 Northern California Health & Welfare Trust Funds, et al.

4. [X] Information on additional judgment creditors is shown on page 2.
5. [X] Original abstract recorded in this county:
   a. Date: June 7, 2011
   b. Instrument No.: 2011164199

Date: October 11, 2013
Muriel B. Kaplan, Esq.
(TYPE OR PRINT NAME)                       ▶ /s/ Muriel B. Kaplan
                                           (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 211,527.20  + 5% per annum interest from 9/6/13
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* September 6, 2013
   b. Renewal entered on *(date):*
9. [X] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):* OCT 15 2013

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by VALERIE KYONO, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

Martin Dean's ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**

FLRCL

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: | District Council 16 Northern California Health & Welfare Trust Funds, et al. | CASE NUMBER: C11-1952 PJH |
|---|---|---|
| DEFENDANT: | NC Flooring Group, Inc. | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
District Council 16 Northern California Health & Welfare Trust Funds, et al.*
c/o Muriel B. Kaplan, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, San Francisco, CA  94104

14. Judgment creditor *(name and address):*
*See Attachment 15

15. [X] Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Nelson Tayco Cruz
30538 Union City Blvd.
Union City, CA 94587

Driver's license no. [last 4 digits]
and state:                                      [X] Unknown
Social security no. [last 4 digits]             [X] Unknown
Summons was personally served at or mailed to *(address):*
Nelson Tayco Cruz
30538 Union City Blvd., Union City, CA 94587

17. Name and last known address

Driver's license no. [last 4 digits]
and state:                                      [ ] Unknown
Social security no. [last 4 digits]             [ ] Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits]
and state:                                      [ ] Unknown
Social security no. [last 4 digits]:            [ ] Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits]
and state:                                      [ ] Unknown
Social security no. [last 4 digits]:            [ ] Unknown
Summons was personally served at or mailed to *(address):*

20. [ ] Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]
Martin Dean's
ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**

FLRCL

Page 2 of 2

| | | MC-025 |
|---|---|---|
| SHORT TITLE: District Council 16, et al. v. NC Flooring, Inc. | | CASE NUMBER: C11-1952 PJH |

**ATTACHMENT** *(Number):* 15

*(This Attachment may be used with any Judicial Council form.)*

Judgment Creditors:

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, its JOINT BOARD OF TRUSTEES, and DOUG CHRISTOPHER as Trustee;

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA APPRENTICE & JOURNEYMAN TRAINING TRUST FUND, and DOUG CHRISTOPHER as Trustee;

RESILIENT FLOOR COVERING PENSION FUND, its BOARD OF TRUSTEES, and STEVE HAVENS, as Trustee;

CENTRAL COAST COUNTIES FLOOR COVERING INDUSTRY PENSION FUND, its BOARD OF TRUSTEES, and STEVE HAVENS as Trustee;

DISTRICT COUNCIL 16 of the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,

Address:
c/o Muriel B. Kaplan, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov